UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JASON F. ST. ROMAIN (#351302)

VERSUS

ROBERT C. TANNER, WARDEN

CIVIL ACTION

NO. 15-652-JWD-RLB

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated May 4, 2018, to which no objection was filed;

**IT IS ORDERED** that the petitioner's application for habeas corpus relief is denied, with prejudice, as untimely.

**IT IS FURTHER ORDERED** that, in the event that the petitioner seeks to pursue an appeal, a certificate of appealability be denied.

Signed in Baton Rouge, Louisiana, on May 21, 2018.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA